## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - (11-19, 21) | **DATE** | 6/25/2008 |
| **CASE TITLE** | United States of America vs. Sloan, Spencer, Thurman, Campbell, Moscato, Jackson, Peteet, J. Hernal, E. Hernal and Kelic. | | |

**DOCKET ENTRY TEXT**

Arraignment and bond hearing for Shalonda Sloan (11), Latonja Spencer (12), Tiffany Thurman (13) Charquette Christine Campbell (14), Dominic Moscato (15), David Jackson (16), Burford Peteet (17), Jean Hernal (18), Edgardo Hernal (19) and Bozidar Kelic (21) is set for Tuesday, July 1, 2008 at 11:00 a.m. in courtroom 1838.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|