# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

**FILED** JUL X 1 2008

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Bobbie Brown

FOR: AT MAGISTRATE JUDGE JEFFREY COLE, UNITED STATES DISTRICT COURT

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Shalonda Sloan

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS:**
- Magistrate:
- District Court: 08 CR 453-11
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box): ☒ Felony ☐ Misdemeanor
Mortgage Fraud 18 USC 1343

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-employed
- Name and address of employer: MARIOTT
- IF YES, how much do you earn per month? $ 3,846.16
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: None
- SOURCES:
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: $ 155,000 / 30,000
- DESCRIPTION: Purchased for $162,000 Condo for Sale Negative Equity / Car No Equity - Owes 60,000

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ 229,950 | $ |
| | Monthly Exp | $ 4302 | $ |
| | Mortgage | $ 1500 | $ |
| | Rental | $ 1800 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/1/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]